# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| STEVEN CHRISTOPHER KNAPP | ) | NO: 3:19-cv-0542 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, et al., | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ELECTRONIC FILING ACCESS

COMES NOW *pro se* Plaintiff, STEVEN CHRISTOPHER KNAPP, to respectfully submit before the Court this *ex parte* motion seeking access to the Court's electronic document filing systems.

Pursuant to this Court's Administrative Order 167-1 and this Court's Amended Practices and Procedures for Electronic Case Filing, per Procedure #7, Plaintiff requests permission to register as a "Filing User" of the Court's CM/ECF Electronic Filing System with the knowledge, understanding, and acknowledgement of the effect of an electronic filing, with respect to the Federal Rules of Civil Procedure, the Local Rules, and parties to the action without CM/ECF access and subject to traditional service of motions and accompanying memorandums of law.

Pursuant to Local Rule 7.01(a)(2), as this motion is unconcerned with matters of law, no memorandum of law will follow. Thank you for considering my request.

Respectfully submitted,

FILED 2019 JUL -1 AM 11:09 U.S. DISTRICT COURT MID. DIST. OF TN

Case 3:19-cv-00542  Document 3  Filed 07/01/19  Page 1 of 2 PageID #: 1084

*pro se* Plaintiff

_____
Steven Christopher Knapp

knapptimecreative, LLC
P.O. Box 332111
Nashville, TN 37203
steven@knapptimecreative.com
(615) 479-3577