IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STEVEN CHRISTOPHER KNAPP, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 3:19-CV-00542 |
| ) | Judge Richardson |
| METROPOLITAN GOV'T OF ) | Magistrate Judge Holmes |
| NASHVILLE, et. al., ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Comes now John Thomas Feeney, Feeney & Murray, P.C. and enters this appearance on behalf of Metro Development and Housing Authority, as sued.

This Notice of Appearance is made so as to receive notice of filings and is without waiver of the service of process obligations imposed upon Plaintiff. This Defendant specifically reserves its objections to the failure of service of process and insufficiency of process[1] all pursuant to Rule 12(b)(4) and (5) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**FEENEY & MURRAY, P.C.**

By: *s/s John Thomas Feeney*
    **John Thomas Feeney**
    BPRN 11482
    Attorneys for *Metro Development and*
     *Housing Authority*
    424 Church Street, Suite 2230
    Nashville, Tennessee 37219
    (615) 242-3700

---

[1] It appears Plaintiff is attempting to serve Defendants with materials contained on a CD without written consent in violation of Fed.R.Civ.P. (5)(b)(2)(E).

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via United States Mail, postage prepaid, to:

        Steven Christopher Knapp
        P.O. Box 332111
        Nashville, TN 37203

This, the 24th day of July 2019.

        *s/s John Thomas Feeney*
        **John Thomas Feeney**